PROB 12B
(Rev. 08/18)

# SUPERVISION REPORT

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER**

**U. S. Probation Office**
Eastern District of Michigan
(Rev. 10/99)

| PACTS | DATE |
|---|---|
| 000010284 | 11/23/2026 |

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| FREEMAN, Jason Keith | Benjamin M Bojicic | David M. Lawson | 2:21-CR-20390-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL |
|---|---|---|---|
| 06/30/2022 | Supervised Release | VI | 23 |

COMMENCED
08/26/2025

EXPIRATION
08/25/2028

PHOTO



REPORT PURPOSE

**REQUEST TO MODIFY CONDITIONS**

RECOMMENDATION

**MODIFICATION**

ORIGINAL OFFENSE

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

SENTENCE DISPOSITION

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a three-year term of supervised release.

ORIGINAL SPECIAL CONDITIONS

1. You shall not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must successfully complete any trauma assessments/evaluations, as directed by the probation officer. You must participate in a Trauma Focused Cognitive Behavioral Treatment (CBT) and/or Moral Recognition Therapy (MRT) program and follow the rules and regulations of that program should the assessments/evaluations deem it necessary. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) Such programs may include education, group therapy, and structured exercises.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

## PETITIONING THE COURT

To modify the conditions of supervised release as follows:

| PROB 12B (Rev. 08/18) **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | | U. S. Probation Office Eastern District of Michigan (Rev. 10/99) | PACTS 000010284 | DATE 11/23/2026 |
|---|---|---|---|---|
| NAME FREEMAN, Jason Keith | OFFICER Benjamin M Bojicic | JUDGE David M. Lawson | DOCKET # 2:21-CR-20390-01 | |

**REMOVE:**

**"You must successfully complete any trauma assessments/evaluations, as directed by the probation officer. You must participate in a Trauma Focused Cognitive Behavioral Treatment (CBT) and/or Moral Recognition Therapy (MRT) program and follow the rules and regulations of that program should the assessments/evaluations deem it necessary. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) Such programs may include education, group therapy, and structured exercises."**

## CAUSE

On August 26, 2025, FREEMAN commenced his three-year term of supervised release. FREEMAN participated in a Post Conviction Risk Assessment (PCRA) and is classified as a low moderate risk for recidivism. Individuals in this category have a 9% arrest rate and a 2% revocation rate in the next six months. He was further classified as category two for his violence assessment. An individual with both of these classifications have a violent arrest rate of 8%. FREEMAN's dynamic risk factors include social network and education/employment.

Since the onset of supervised release, FREEMAN has been fully compliant, reports as directed, been negative for substance use testing, employed full-time, in addition to meeting his familial obligations. FREEMAN was released from the Residential Reentry Center with full-time employment with Painter's Supply and Equipment working a minimum, 40 hours per week. FREEMAN took custody of his daughter unexpectedly after her mother abandoned her while residing in Pennsylvania. FREEMAN jumped at the opportunity and has cared for her since the beginning of 2026. Additionally, FREEMAN and his long-term significant other married. FREEMAN has made a point to focus on his goals and compliance of supervised release; he has also focused on his family in a positive way and has made an impactful return to the community thus far.

It should be noted, since FREEMAN's release, he has participated in three Post Conviction Risk Assessments and his dynamic risk factors never identified his cognitions as a risk. Probation feels FREEMAN articulated a plan of action prior to his release from custody and has followed through by his actions. Probation does not feel cognitions are a concern for FREEMAN's term of supervised release.

FREEMAN resides with his wife and daughter in Harper Woods, MI. They are both a major support system for FREEMAN.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on 11/19/2026, revealed no new criminal activity.
If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

| PROB 12B (Rev. 08/18) **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 000010284 | DATE 11/23/2026 |
|---|---|---|---|---|
| NAME FREEMAN, Jason Keith | OFFICER Benjamin M Bojicic | JUDGE David M. Lawson | DOCKET # 2:21-CR-20390-01 | |

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| PROBATION OFFICER | DISTRIBUTION |
|---|---|
| s/Benjamin M Bojicic/lnb<br>313-234-5453 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Christina R. Wilkerson<br>313-234-5460 | Data Entry |

**THE COURT ORDERS:**

☑ Modification as Noted Above

☐ Other

David M. Lawson

United States District Judge

November 23, 2026

Date